UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ERINSON R. HERNANDEZ,

    Appellant,

v.                                                Case No: 6:25-CV-2050-JSS

U.S. BANK NATIONAL ASSOCIATION,

    Appellee.
_____

**NOTICE THAT RECORD ON APPEAL HAS BEEN TRANSMITTED**

    The record on appeal was transmitted and docketed on 10/22/2025. The appeal has been assigned to the Honorable Julie S. Sneed for all proceedings.

    All papers related to this appeal must be filed in this Court. The case caption for all papers must include the District Court and Bankruptcy Court case numbers referenced above, along with the Adversary Proceeding number if applicable. The parties must **comply** with the Federal Rules of Bankruptcy Procedure[1] and the Local Rules of the Middle District of Florida.[2]

    The parties must comply with the deadlines established by Rule 8018 for the filing of briefs subject to the page limitation imposed by Rule 8015. If a cross-appeal is filed, Appellee must comply with Rule 8016. All briefs must contain the requirements provided in Rule 8014.

    The parties must satisfy Local Rule 3.01(g)'s duty to confer in good faith requirement and certification for most motions, including those to exceed the page limit. The parties must file a Rule 8012 Disclosure Statement with the first appearance that complies with Local Rule 3.03.

    The parties should confer and advise the Court at the time appellee's responsive brief (and principal cross-appeal brief) is filed whether they believe mediation may be fruitful and, if applicable, the certified mediator they have picked to handle the mediation.

                                                         ELIZABETH M. WARREN, CLERK

                                                         By:    s/AL, Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Parties of Record
Bankruptcy Court Clerk's Office

---

[1] The Rules referenced herein are the Federal Rules of Bankruptcy Procedure.
[2] The Local Rules are the Local Rules of the Middle District of Florida.