**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case no. 6:25-CV-02050-JSS**

HERNANDEZ,

     Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION,

     Defendants,
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

     PLEASE TAKE NOTICE that the undersigned counsel is appearing on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION its successors and/or assigns in the above-captioned case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned, pursuant the Federal Rules of Civil Procedure, and the Local Rules of this Court.

                                                    S/ Curtis A. Wilson, Esq.
                                               S_____
                                               Curtis Wilson, Esq.
                                               McCalla Raymer Leibert Pierce, LLP
                                               Attorney for U.S. Bank National Association
                                               225 E. Robinson St. Suite 155
                                               Orlando, FL 32801
                                               Phone: (407) 674-1850
                                               Fax: (321) 248-0420
                                               Email: MRService@mccalla.com
                                               Fla. Bar No.: 77669

## **CERTIFICATE OF SERVICE**

    I hereby Certify that on this 20th day of November, 2025, the foregoing was electronically filed with the Court using the Middle District of Florida's CM/ECF portal, which will send a notice of electronic filing to:

**Erinson R. Hernandez**
217 Southbridge Circle
Kissimmee, FL 34744
407-319-1482
PRO SE

**Reka Beane**
McCalla Raymer Leibert Pierce, LLP
Bankruptcy
110 S.E. 6th Street
Suite 2300
Fort Lauderdale, FL 33301
954-332-9370
Email: reka.beane@mccalla.com

**Laurie K. Weatherford**
Chapter 13 Standing Bankruptcy Trustee
Suite 401
150 N Orange Ave
Orlando, FL 32801
407/648-8841
Fax: 407/648-2665
Email: lauriew@c13orl.com