UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERINSON R. HERNANDEZ,

    Appellant,

v.                                                 Case No: 6:25-cv-2050-JSS

U.S. BANK NATIONAL
ASSOCIATION,

    Appellee.
_____/

## **ORDER TO SHOW CAUSE**

  Upon review, Appellee has failed to comply with the court's Order of October 27, 2025 (Dkt. 5) directing Appellee to file a Notice of Pendency of Other Actions and a Disclosure Statement.

Therefore, it is **ORDERED** that Appellee shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the entry of default or other appropriate sanctions without further notice.

**ORDERED** in Orlando, Florida, on November 20, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties