UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERINSON R. HERNANDEZ,

    Appellant,

v.   Case No: 6:25-cv-2050-JSS

U.S. BANK NATIONAL
ASSOCIATION,

    Appellee.
_____/

<u>U.S. BANK NATIONAL ASSOCIATION's DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03</u>

1.    Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

Yes, and the publicly held corporation, U.S. Bancorp, owns 10% or more of the filer's shares.

2.    Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    No.

    a.    Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        No.

    b.    Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        No.

        No.

    d.    Is the filer a legal representative?

        No.

    e.    Has the filer identified any corporation?

        No.

    f.    Has the filer identified any natural person?

        No.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

Yes. These additional persons and entities have or might have interest in the outcome of the action: Nationstar Mortgage, LLC and McCalla Raymer Leibert Pierce, LLP.

4.    Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

No.

5.    Is this a bankruptcy action?

Yes, and the debtor is ERINSON R. HERNANDEZ.

6.    Is this a criminal case?

No.

7. Is there an additional entity likely to actively participate in this action?

   No.

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   X   Yes.

                    Signed:

                    /S/Curtis Wilson
                    Curtis Wilson, Esq.
                    McCalla Raymer Leibert Pierce, LLP
                    Attorney for Plaintiff
                    225 East Robinson Street, Suite 155
                    Orlando, FL 32801
                    Phone: (407) 674-1850
                    Fax:(321) 248-0420
                    Email: MRService@mccalla.com
                    Fla. Bar No.: 77669