UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:25-cv-02050-JSS

ERINSON R. HERNANDEZ,

   Appellant,

v.

U. S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATON, **AS TRUSTEE FOR LEHMAN XS TRUS MORTGAGE, PASS-TRHOUGH CETIFICATES, SERIES 2007-6**

   Appellee.

_____/

### EMERGENCY MOTION FOR STAY PENDING APPEAL

Appellant, Erinson R. Hernandez, pro se, respectfully moves this Court, pursuant to Fed. R. Bankr. P. 8007(b), Fed. R. Civ. P. 62, 28 U.S.C. § 158(a), and the Court's inherent equitable powers, for entry of an EMERGENCY Stay Pending Appeal.

I. INTRODUCTION

This emergency motion seeks to preserve the status quo and prevent irreparable harm while the Court reviews substantial questions concerning Appellee's standing, authority, and compliance with federal and state law.

## II. PROCEDURAL HISTORY

• Appellant filed a Motion for Stay Pending Appeal in the Bankruptcy Court, which was denied.

• Under FRBP 8007(b), Appellant now properly seeks relief in the District Court.

• Appellee failed to comply with the Initial Case Order dated 10/27/2025 **(Exhibit A)**, requiring disclosures within 14 days.

• The Court issued an Order to Show Cause on 11/20/2025 **(Exhibit B).**

• Appellee's late filings were submitted only after threat of sanctions, demonstrating procedural default and lack of diligence.

## III. LEGAL STANDARD

The Eleventh Circuit applies a four-factor test:

1. Likelihood of success on the merits;

2. Irreparable harm absent a stay;

3. Harm to Appellee if stay is granted;

4. Public interest.

See in re Woide, 730 F. App'x 731 (11th Cir. 2018); Garcia-Mir v. Meese, 781 F.2d 1450 (11th Cir. 1986).

IV. ARGUMENTS

A. Appellant Is Likely to Succeed on the Merits

• Appellee has not proven standing under the PSA of the Lehman XS Trust 2007-6 **(Exhibit C).**

• Assignments were executed outside the PSA cut-off period and are invalid under New York trust law and REMIC requirements **(Exhibit D)**.

• Appellee failed to produce Schedule A showing Appellant's loan was ever transferred.

• Appellee's corporate disclosure (Rule 7.1) was untimely and incomplete.

B. Appellant Will Suffer Irreparable Harm

Loss of a primary residence constitutes irreparable harm. No later appeal can remedy a wrongful foreclosure.

C. No Substantial Harm to Appellee

Appellee has not demonstrated any prejudice and has shown lack of diligence.

D. Public Interest Strongly Favors a Stay

Federal courts must prevent foreclosure actions where standing is unproven and due process is threatened.

## V. REQUEST FOR RELIEF

Appellant respectfully requests that this Court:

1. GRANT this Emergency Motion for Stay Pending Appeal;

2. ENJOIN Appellee from conducting or pursuing foreclosure or sale of Appellant's property;

3. Maintain the status quo pending resolution of the appeal;

4. Grant any other relief deemed just and proper.


Respectfully submitted,

*Erinson Hernandez*
Erinson R. Hernandez
217 Southbridge Circle
Kissimmee, FL 34744
Email: Erinson26@hotmail.com
Phone: 407-319-1482
Pro Se Appellant

## CERTIFICATE OF SERVICE

I HEBERY CERTIFY that on this 12 of December, 2025 the foregoing was emailed or electronic to the following parties:

Curtis Wilson, Esq.
McCalla Raymer Liebert Pierce, LLP
Attorney for U. S. BANK N.A.
225 E. Robinson St. Suite 155
Orlando, FL 32801
Phone: (407) 674-1850
Fax: (321) 248-0420
Email: MRService@mccalla.com
Fla. Bar No.: 77669

Reka Beane
McCalla Raymer Liebert Pierce, LLP
Bankruptcy
110 S. E. 6th St.
Suite 2300
Fort Lauderdale, FL 33301
Email: reka. beane@mccalla.com


Laurie K. Weatherford
Chapter 13 Standing Bankruptcy Trustee
Suite 401
150 N. Orange Ave
Orlando, FL 32801
(407) 648-2665
Email: Laurie@c12orl.com


**William J. Simonitsch**
Office of the United States Trustee, Assistant United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, Florida 32801
Phone: 407-648-6301
Email: USTP.Region21@usdoj.gov